IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  1:17-CV-217 |
| | ) |
| DURHAM WELLNESS AND | ) |
| FITNESS, INC., | ) |
| d/b/a/MILLENNIUM SPORTS | ) |
| CLUB, PATRIK CONTEH and | ) |
| ROBERT J. NAUSEEF, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on September 15, 2017, was served on the parties in this action. No objections were filed. After consideration of the record and for the reasons stated by the Magistrate Judge, the Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the defendant Nauseef's motion to dismiss, Doc. 19, is **GRANTED**. **IT IS FURTHER ORDERED** that the plaintiff's motions for entry of default and for default judgment, Docs. 31, 34, are **DENIED**. The case is ready for a Rule 26(f) conference.

This the 10th day of October, 2017.

UNITED STATES DISTRICT JUDGE